August 9, 1973

Blaszczyk, Appellant, *v.* Hull Corporation.

Argued June 12, 1973. *Joseph Lurie,* with him *Galfand, Berger, Senesky, Lurie & March,* for appellant; *Raymond M. Seidel,* with him *Walton Coates,* and *High, Swartz, Roberts & Seidel,* for appellee.

Order affirmed.

Collingdale Federal Savings and Loan Association *v.* Jacobs, Appellant.

Argued June 11, 1973. *Leonard J. Tripodi,* with him *Tripodi & Toal,* for appellant; *Joseph R. Young,* with him *Butler, Beatty, Greer & Johnson,* for appellee.

Order affirmed.